232 U.S. 724, 34 S.Ct. 480

Thomas S. NOWELL et al., Petitioners, v. INTERNATIONAL TRUST COMPANY et al.

No. 881.

Supreme Court of the United States.

Feb. 24, 1914.

See same case below, 121 C.C.A. 499, 203 F. 395.

Messrs, John P. Hartman and George M. Nowell for petitioners.

Messrs. L. P. Shackleford, A. B. Browne, Alex. Britton, and Evans Browne for respondents.

Denied.